Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 25
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| Aisha Syed, | ) |
| | ) |
| Plaintiff, | ) |
| | )      Case No. C09-00012 |
| vs. | ) |
| | ) |
| Michael Mukasey, Attorney General of the | )   MOTION FOR VOLUNTARY |
| United States; Michael Chertoff, Secretary of the | )   DISMISSAL; AND ORDER |
| Department of Homeland Security; Jonathan | ) |
| Sharfen, Acting Director of United States | ) |
| Citizenship &Immigration Services; Robert S. | ) |
| Mueller, III; et al, | ) |
| | )   A 070 952 442 |
| | ) |
| Defendants | ) |

_____

Plaintiff, by and though her attorney of record, hereby moves the Court to dismiss the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has adjudicated Plaintiff's application for lawful permanent residence.

February 20, 2009                      Respectfully submitted,

                                  Attorney for Plaintiff


                                  _s/Erich Keefe____
                                  Erich Keefe, Esq.
                                  Attorney for Plaintiff

1

**ORDER**

IT IS SO ORDERED.

Date:

_____
United States District Judge

AISHA SYED, VOLUNTARY DISMISSAL